Etan Zaitsu [CA SBN 287106]
Attorney-at-law

Zaitsu Law
1107 Ninth Street, Suite 625
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
PATRICIA SHIRLEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>PATRICIA SHIRLEY,<br><br>        Defendants. | Case No.: 2:18-CR-00004 DB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: March 5, 2019<br>Time: 10:00am<br>Court: Hon. Deborah Barnes |

  This matter involving a charged conspiracy and theft of government property is presently set for a status conference on March 5, 2019. The government has provided voluminous discovery consisting of more than 3,600 pages and numerous CDs containing at least three months of surveillance footage and audio recordings of numerous witnesses and defendant interviews. Moreover, the government will soon be filing a bill of particulars pursuant this Court's order on February 19, 2019. Defense counsel is in the continuing process of reviewing discovery, conducting various investigations, and interviewing witnesses.

  The parties to the actions, Plaintiff United States of America by and through Assistant United States Attorney Eric Chang and Attorney Etan Zaitsu on behalf of Defendant Patricia Shirley stipulate as follows:

1

**Order Continuing Status Conference**

1.      By this stipulation, defendant now moves to vacate the status conference presently set for March 5, 2019. Defendant requests to continue the status conference to March 26, 2019, at 10:00 a.m., and to exclude time between March 5, 2019 and March 26, 2019 inclusive, under Local Code T-4. The United States does not oppose this request.

2.      Due to the volume of discovery in the case and the scheduled filing of a bill of particulars, defense counsel is engaged in ongoing review of the discovery, and defense investigation related to potential defenses in this matter. This preparation is necessary to ensure that potential defenses are explored and discussed.

3.      Defense counsel represents and believes that failure to grant additional time as requested would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.      Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2019 to March 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Eric Chang and defense counsel have reviewed this proposed order and authorized Etan Zaitsu to sign it via email on their behalf. Please vacate the previous request to continue this matter to April 9, 2016.

**Order Continuing Status Conference**

Respectfully submitted,

Dated: March 1, 2019         /s/ Etan Zaitsu for
                             ERIC CHANG
                             Assistant United States Attorney


Dated: March 1, 2019         /s/ Etan Zaitsu
                             ETAN ZAITSU
                             Attorney for Defendant
                             PATRICIA SHIRLEY

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 5, 2019, is vacated. A new status conference is scheduled for March 26, 2019, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 5, 2019, up to and including March 26, 2019.

IT IS SO ORDERED.

Dated: March 1, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**Order Continuing Status Conference**