Etan Zaitsu [CA SBN 287106]
Attorney-at-law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
PATRICIA SHIRLEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>PATRICIA SHIRLEY,<br><br>                   Defendants. | Case No.: 2:18-CR-00004 DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND SETTING MOTION RESPONSE SCHEDULE**<br><br>Date:    March 26, 2019<br>Time:   10:00am<br>Court:  Hon. Deborah Barnes |

This matter involving a charged conspiracy and theft of government property is presently set for a status conference on March 26, 2019. The government has provided voluminous discovery consisting of more than 3,600 pages and numerous CDs containing at least three months of surveillance footage and audio recordings of numerous witnesses and defendant interviews. Defense counsel is in the continuing process of reviewing discovery, conducting various investigations, and interviewing witnesses. Defendant also recently filed a motion to dismiss, which is scheduled to be heard May 21, 2019.

The parties to the actions, Plaintiff United States of America by and through Assistant United States Attorney Eric Chang and Attorney Etan Zaitsu on behalf of Defendant Patricia Shirley, therefore, stipulate as follows:

1

**Order Continuing Status Conference**

1. By this stipulation, defendant now moves to vacate the status conference presently set for March 26, 2019. Defendant requests to continue the status conference to May 21, 2019, at 10:00 a.m., and to exclude time between March 26, 2019 and May 21, 2019 inclusive, under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, defense counsel is engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This preparation is necessary to ensure that potential defenses are explored and discussed.

3. Defense counsel represents and believes that failure to grant additional time as requested would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Additionally, the parties agree that time is needed to address the Defendant's Motion to Dismiss.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2019 to May 21, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7. Additionally, the parties stipulate that the government's opposition to defendant's Motion to Dismiss shall be filed by April 30, 2019, and that Defendant's Reply will be due May 14, 2019.

**Order Continuing Status Conference**

Assistant U.S. Attorney Eric Chang and defense counsel have reviewed this proposed order and authorized Etan Zaitsu to sign it via email on their behalf.

Respectfully submitted,

Dated: March 22, 2019 /s/ Etan Zaitsu for
ERIC CHANG
Assistant United States Attorney

Dated: March 22, 2019 /s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
PATRICIA SHIRLEY

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 26, 2019, is vacated. A new status conference is scheduled for May 21, 2019, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 26, 2019, up to and including May 21, 2019.

////
////
////
////

**Order Continuing Status Conference**

Additionally, the Government's opposition to Defendant's Motion to Dismiss shall be due April 30, 2019, and Defendant's Reply shall be due not later than May 14, 2019.

IT IS SO ORDERED.

Dated: March 22, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**Order Continuing Status Conference**