1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHEN S. CODY
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA A. SHIRLEY,<br><br>　　　　　Defendant. | 2:18-CR-00004-DB<br><br>STIPULATION AND ORDER TO SET A CHANGE OF PLEA AND SENTENCING HEARING AND VACATE A BENCH TRIAL<br><br>DATE:　October 28, 2019<br>TIME:　10:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on October 28, 2019.

2. By this stipulation, the parties jointly move to vacate the bench trial on October 28, 2019.

3. The parties also jointly request the Court to set a new hearing for defendant's change of plea and sentencing on July 9, 2019, at 10:00 a.m.

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv), Local Code 7, and Local Code T4. Further, the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 11, 2019                         MCGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ *Stephen S. Cody*
                                             STEPHEN S. CODY
                                             Special Assistant U.S. Attorney


Dated: June 11, 2019                         /s/ *Etan Zaitsu*
                                             ETAN ZAITSU
                                             Counsel for Defendant
                                             PATRICIA A. SHIRLEY

                                             (*Approved via email June 11, 2019*)

**FINDINGS AND ORDER**

   IT IS SO ORDERED this 12th day of June, 2019, that the bench trial is vacated on October 28, 2019. This Court further sets a new hearing for defendant's change of plea and sentencing on July 9, 2019, at 10:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv), Local Code 7, and Local Code T4, and that the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through July 9, 2019.

   Dated: June 12, 2019

                                             _____
                                             DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE