McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00004-DB-3 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE A CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| PATRICIA A. SHIRLEY, | DATE: July 9, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea and sentencing on July 9, 2019.

2. By this stipulation, the parties jointly request the Court to continue defendant's change of plea and sentencing to September 3, 2019, at 10:00 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv), Local Code 7, and Local Code T4. Further, the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION AND ORDER TO CONTINUE A CHANGE OF
PLEA AND SENTENCING HEARING

1

IT IS SO STIPULATED.

Dated:  July 3, 2019            MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ *Stephen S. Cody*
                                STEPHEN S. CODY
                                Special Assistant U.S. Attorney

Dated:  July 3, 2019            /s/ *Etan Zaitsu*
                                ETAN ZAITSU
                                Counsel for Defendant
                                PATRICIA A. SHIRLEY

                                (*Approved via email July 2, 2019*)

## FINDINGS AND ORDER

IT IS SO ORDERED this 8th day of July 2019, that the defendant's change of plea and sentencing on July 9, 2019 be continued to September 3, 2019, at 10:00 a.m.  The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., be excluded from computation of time pursuant to § 3161(h)(1)(G), (h)(7)(A), (B)(iv), Local Code 7, and Local Code T4, and that the ends of justice served in granting the court time to review a proposed plea agreement and the defendant reasonable time for effective preparation outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded from the date of this order through September 3, 2019.

Dated:  July 8, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE