Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
PATRICIA SHIRLEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PATRICIA SHIRLEY,<br><br>                    Defendant. | Case No.: 2:18-CR-00004 DB<br><br>**ORDER** |

Based upon the representation contained in the Defendant's Motion for Early Termination of Probation and the Government's Statement of Non-Opposition, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3564(c), 18 U.S.C. § 3563(c), and Fed. R. Crim. P. 32.1, that Defendant Patricia Shirley's term of unsupervised court probation is terminated.

Dated:  September 10, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1